Order on Chapter 13 Debtor's Motion – *Page 1*    **F 3015-1.14**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Rod Danielson<br>4361 Latham Street, Ste. 270<br>Riverside, CA 92501<br>O (951) 826-8000<br>F (951) 826-8090<br><br><br>☐ Attorney for<br>☐ Pro Se Debtor<br>☒ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 10 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bailey    DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6: 09-bk-33245-MJ |
| In re:<br><br>**OSCAR ORELLANA,**<br>**MARIA SARAVIA ORELLANA**<br><br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER DISMISSING CHAPTER 13 CASE

The court having reviewed the Trustee's declaration in support of motion to dismiss and being familiar with the contents of the court's file and good cause appearing:

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

###

DATED: August 10, 2011

_____
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| **OSCAR ORELLANA** | CASE NUMBER 6:09-bk-33245-MJ |
| **MARIA SARAVIA ORELLANA** | |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4361 Latham Street, Ste. 270, Riverside, CA 92501

A true and correct copy of the foregoing document described ORDER DISMISSING CHAPTER 13 CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/9/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Debtor's Counsel: lbishopbk@yahoo.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 8/9/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Oscar & Maria Orellana, 23819 Betts Place, Moreno Valley, CA 92553

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/9/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Meredith Jury
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/9/2011 | Leontyne Fan | /s/ Leontyne Fan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    F 3015-1.14

| In re:<br>**OSCAR ORELLANA**<br>**MARIA SARAVIA ORELLANA**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER  6:09-bk-33245-MJ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                     **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 4*                                                                                              F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **OSCAR ORELLANA** | CASE NUMBER 6:09-bk-33245-MJ |
| **MARIA SARAVIA ORELLANA** | |
| Debtor(s). | |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Dismissing Chapter 13 Case was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____8/9/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S. Trustee: ustpregion16.rs.ecf@usdoj.gov
Chapter 13 Trustee: notice-efile@rodan13.com
Debtor's Counsel: lbishopbk@yahoo.com
Richard S. Ralston (Creditor's Counsel): chapter-7@w-legal.com
Ramesh Singh (Interested Party's Counsel): claims@recoverycorp.com
Edward T. Weber (Interested Party's Counsel): bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Oscar & Maria Orellana, 23819 Betts Place, Moreno Valley, CA 92553

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 5*    **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| **OSCAR ORELLANA** | CASE NUMBER 6:09-bk-33245-MJ |
| **MARIA SARAVIA ORELLANA**  Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**